*10*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

**JUL 2 5 2000**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| **ARGOSY SHIP AGENCIES, INC. d/b/a** § <br> **ARGOSY AGENCIES OF TEXAS, INC.** § <br> § <br> v. § <br> § <br> M/V ISLAND DAWN, *in rem* and § <br> PORT ISABEL GAMING, L.L.C., § <br> *in personam.* § | C. A. No.: B-00-017 <br> ADMIRALTY |

### ORDER ON
### UNOPPOSED MOTION TO TRANSFER VENUE TO
### SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

Plaintiff's Unopposed Motion to Transfer Venue to the Southern District of Texas Houston Division is GRANTED. This case is hereby transferred to the Southern District of Texas, Houston Division, without prejudice. The Clerk of the Court is hereby requested to administratively forward the file to the Clerk for the Southern District of Texas, Houston.

SIGNED this 24 day of July, 2000.

_____
JUDGE PRESIDING